UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HALLIE NEILL, on behalf of herself and all other persons similarly situated,

                    Plaintiffs,

-v-

CREDIT CORP SOLUTIONS, INC. d/b/a/ TASMAN CREDIT,

                    Defendant.

17-CV-2689 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines, conference dates, and the trial date are adjourned *sine die*.

    SO ORDERED.

Dated: June 1, 2017
       New York, New York

                                      J. PAUL OETKEN
                            United States District Judge