UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No. 17-cv-02689-JPO

HALLIE NEILL,

                           Plaintiff,                            STIPULATION OF
    -against-                                        VOLUNTARY DISMISSAL

CREDIT CORP SOLUTIONS, INC. d/b/a TASMAN
CREDIT,

                           Defendant.
------------------------------------------------------------------X

        The Parties, by and through their attorneys, hereby consent to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs or fees to either party as against the other. The class claims are dismissed without prejudice.

Dated:  July 7, 2017.

_____
NOVLETTE R. KIDD, ESQ.
FAGENSON & PUGLISI, PLLC
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.: (212) 268-2128
Nkidd@fagensonpuglisi.com

_____
SCOTT E. WORTMAN, ESQ.
WARSHAW & BURSTEIN, LLP
Attorneys for Defendant
555 Fifth Avenue
New York, New York 10017
Tel: (212) 984-7723
Swortman@wbny.com

        Dated:  New York, New York
                  July 10            2017.

        SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge